

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FILED
CLERK'S OFFICE

AUG 3 0 2022

U.S DISTRICT COURT
EASTERN MICHIGAN

UNITED STATES OF AMERICA,

Plaintiff

v.

Case No. 22- 30366
Origination No. 12CR6

WILLIAM WYATT,

Defendant.
_____/

## ORDER TRANSFERRING DEFENDANT TO ANSWER TO CHARGES PENDING IN ANOTHER DISTRICT AND COMMITMENT TO THAT DISTRICT

This matter coming before the Court on the Government's Petition for Removal, for the reasons stated on the record and pursuant to Rule 32.1 of the Federal Rules of Criminal Procedure, it is hereby ordered that **WILLIAM WYATT** be held to answer to the charges pending against her in the **United States District Court for the Eastern District of Kentucky in the case of United States v. WILLIAM WYATT.**

Defendant has been ordered detained pursuant to the Bail Reform Act of 1984 (18 U.S.C. Section 3141 et seq.) Accordingly, it is also ordered that the United States Marshals Service take custody of defendant and transport him, together with a certified copy of this order and commitment, to the **United States District Court for the**

**Eastern District of Kentucku,** and deliver defendant to the United States Marshals for that district or to some other officer authorized to receive defendant.

_____
D. R. Grand
United States Magistrate Judge

Entered: __8/30/2022__

---

## RETURN

This commitment was received and executed as follows:

| Date Commitment Order Received | Place of Commitment | Date Defendant Committed |
|---|---|---|
| | | |

| Date | United States Marshal | (By) Deputy U.S. Marshal |
|---|---|---|
| | | |